**FARUQI & FARUQI, LLP**
David E. Bower (State Bar No. 119546)
10866 Wilshire Blvd., Suite 1470
Los Angeles, CA 90067
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
Email: dbower@faruqilaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MASTERS, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AVANIR PHARMACEUTICALS, INC., KEITH A. KATKIN, CRAIG A. WHEELER, CORINNE H. NEVINNY, DENNIS G. PODLESAK, HANS E. BISHOP, DAVID J. MAZZO, and SCOTT M. WHITCUP,<br><br>Defendants. | Case No.: 8:14-cv-00053-CJC-RNB<br><br>**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Judge: Magistrate Judge Robert N. Block** |

Plaintiff Robert Masters ("Plaintiff") respectfully submits this Motion for A Preliminary Injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure, and pursuant to Local Rule 7.1.2 fully incorporates his contemporaneously filed Memorandum of Law in Support of Plaintiff's Motion for A Preliminary Injunction. As set forth in his Memorandum of Law, Plaintiff seeks to enjoin Avanir Pharmaceuticals, Inc. from holding a shareholder vote pursuant to the Company's Schedule 14A submitted with the Securities and Exchange Commission on December 30, 2013. Immediate relief is needed since, among other things, the Schedule 14A is: (1) in violation of federal law; (2) is misleading to shareholders; and (3) requires correction to provide

shareholders with the required information to submit a fully informed vote on or before the annual shareholder meeting of Avanir Pharmaceuticals shareholders set for February 12, 2014.

DATED:   January 20, 2014              Respectfully submitted,

**FARUQI & FARUQI, LLP**

By: */s/ David E. Bower*
David E. Bower (State Bar No. 119546)
10866 Wilshire Blvd., Suite 1470
Los Angeles, CA 90067
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-mail: dbower@faruqilaw.com

**FARUQI & FARUQI, LLP**
Juan E. Monteverde
369 Lexington Ave., Tenth Floor
New York, NY  10017
Tel:  212-983-9330
E-mail: jmonteverde@faruqilaw.com