**FARUQI & FARUQI, LLP**
David E. Bower (State Bar No. 119546)
10866 Wilshire Blvd., Suite 1470
Los Angeles, CA 90067
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MASTERS, Individually And On Behalf Of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>AVANIR PHARMACEUTICALS, INC., KEITH A. KATKIN, CRAIG A. WHEELER, CORINNE H. NEVINNY, DENNIS G. PODLESAK, HANS E. BISHOP, DAVID J. MAZZO, and SCOTT M. WHITCUP,<br><br>                    Defendants. | Case No.: 8:14-cv-00053-CJC-RNB<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Assigned to Hon. Cormac J. Carney |

PLEASE TAKE NOTICE that Plaintiff ROBERT MASTERS ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1) hereby voluntarily dismisses this action including all claims in this action without prejudice as to Defendant Avanir Pharmaceuticals, Inc. and all Individual Defendants.

Federal Rule of Civil Procedure 41(a)(1) states in relevant part the following:    (a) Voluntary Dismissal.

(1) By the Plaintiff.

(A)  Without a Court Order.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by

filing:

(i)    a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

\*    \*    \*

Defendants have neither answered Plaintiff's Complaint nor have they filed a motion for summary judgment.   Accordingly, this matter may be dismissed without prejudice without an Order from this Court, and said dismissal is hereby requested.

Dated: February 27, 2014        FARUQI & FARUQI, LLP

 /s/ David E. Bower
David E. Bower
10866 Wilshire Boulevard, Suite 1470
Los Angeles, California 90024
Tel: (424) 256-2884
Fax: (424) 256-2885
E-mail: dbower@faruqilaw.com

*Attorney for Plaintiff Robert Masters*

NOTICE OF VOLUNTARY DISMISSAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have e-mailed the foregoing document to the non-CM/ECF participants indicated on the Manual Notice List.

Dated: February 27, 2014           /s/ *David E. Bower*
                                   David E. Bower